ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAR - 8 2001
CLERK, U.S. DISTRICT COURT
By ________ Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| VIPER ENTERPRISES, L.C., et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | Civil Action No. 3:01-CV-0401-D |
| VS. | § | |
| | § | |
| AFGHAN EMERALD CORPORATION, et al., | § | |
| | § | |
| | § | |
| Defendants. | § | |

ENTERED
U.S.D.C.

**ORDER**

Plaintiffs removed this case to the district court in error. Accordingly, the district clerk is directed to close this case for statistical purposes and refer the case to the bankruptcy court for docketing by the bankruptcy clerk. This civil action is deemed closed.

**SO ORDERED.**

March 8, 2001.

SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE

7

**United States District Court**
**Northern District of Texas**
**Office of the Clerk**

*1100 Commerce Room 14A20*
*Dallas, Texas 75242-1003*

March 9, 2001

U. S. Bankruptcy Court
1100 Commerce Street
Dallas, Texas 75242

SUBJECT: Viper Enterprises, L.C., et al. v. Afghan Emerald Corporation, et al. 3:01-cv-0401-D

Dear Sir or Madam:

The above action has been transferred to your district pursuant to the order of Judge Fitzwater dated March 8, 2001.

Enclosed are the necessary documents for transfer including a certified copy of the docket sheet.

A copy of this letter and a return envelope are enclosed for your convenience in acknowledging receipt of the file.

Sincerely,
KAREN MITCHELL
*Clerk of Court*

By: Deborah DuPree
Deborah DuPree
*Deputy Clerk*

Enclosure

---

Please acknowledge below, receipt of the documents described above and the case number assigned:

Date: ____________________ Case No.: ____________________

Clerk, U.S. ~~District~~ Bankruptcy Court

By: ________________________
*Deputy Clerk*